IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERTHA KELLY and
ANNETTE MCKEE,

       Plaintiffs,                 No. CIV S-04-1873 WBS DAD PS

   vs.

RICHARD C. MITCHELL,

       Defendant.              <u>ORDER</u>
_____/

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 72-302(c)(21).

        On April 29, 2005, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within ten days. On May 6, 2005, the findings and recommendations were re-served on plaintiffs at their last known addresses. Plaintiffs have filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case and has considered plaintiffs' objections. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis. The court has

1

determined that there is no need to modify the findings and recommendations based on the points raised in plaintiffs' objections.

        Accordingly, IT IS HEREBY ORDERED that:

        1. The findings and recommendations filed April 29, 2005, are adopted in full; and

        2. This action is dismissed without prejudice for failure to complete service of process in a timely fashion.

DATED: May 27, 2005

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/kelly1873.jo