IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BERTHA KELLY and
ANNETTE MCKEE,

        Plaintiffs,                    No. CIV S-04-1873 WBS DAD PS

   vs.

RICHARD C. MITCHELL,

        Defendant.                <u>ORDER</u>

        Plaintiffs, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

        On September 30, 2011, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice to the parties that any objections to the findings and recommendations were to be filed within twenty-one days. Plaintiff has filed objections to the findings and recommendations.

        In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a <u>de</u> <u>novo</u> review of this case. Having carefully reviewed the entire file, the court finds the magistrate judge's findings and recommendations to be supported by the record and by proper analysis.

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed September 30, 2011 (Doc. No. 49), are adopted in full; and

2. Plaintiff's January 19, 2011 motion to reopen this case (Doc. No. 47) is denied.

DATED:   October 28, 2011

*[signature: William B. Shubb]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

/kelly1873.jo